# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0135.  CARLOS FIGUEROA MALDONADO v. THE STATE.**

In 2012, Carlos Figueroa Maldonado pleaded guilty to armed robbery and theft. In 2019, he filed a motion for re-sentencing and a motion to correct sentence. On September 10, 2019, the trial court entered an order denying both motions. On October 21, 2019, Maldonado filed this application for discretionary appeal. We lack jurisdiction because the application was not timely filed.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Maldonado filed this application 41 days after entry of the order he seeks to appeal. The application is therefore untimely, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/12/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*